IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DR. G. NEIL GARRETT, DDS, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 3959 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Norgle |
| ASHTEL STUDIOS, INC., | ) | Magistrate Judge Brown |
| doing business as ASHTEL DENTAL, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Dr. G. Neil Garrett, DDS, P.C. by and through its attorneys, hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza Clark

By one of its attorneys
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on November 20, 2013, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system and to be served upon the following parties as indicated:

Via Electronic and U.S. Mail to:
Eugene Rome
Rome & Associates, A.P.C.
2029 Century Park East, Suite 1040
Los Angeles, CA 90067
erome@romeandassociates.com

                    /s/ Dulijaza Clark
                    Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)